**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 14, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00233-CV

## IN RE ZURICH AMERICAN INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-53763**

## MEMORANDUM OPINION

Relator Zurich American Insurance Company filed a petition for writ of mandamus on May 4, 2021, and a supplemental petition for writ of mandamus on May 13, 2021, in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petitions, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to vacate his (1) January 27, 2021 order granting real parties in interest's joint motion to strike

and exclude evidence; and (2) May 4, 2021 order granting real parties in interest's second joint motion to strike and exclude evidence.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition and supplement petition for writ of mandamus. We also deny relator's motion and amended motion for emergency stay.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.